

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-23-00756-CV

**IN RE** Sara **COTHER**, Kenneth Cother, and Jackie Cother, in their Individual Capacities and as Representatives of the Estate of Tristen Cother, Deceased, Relators

Original Proceeding[1]

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Beth Watkins, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: November 1, 2023

PETITION FOR WRIT OF MANDAMUS DENIED

On August 15, 2023, relators filed a petition for writ of mandamus and a motion seeking a stay of the underlying order pending final resolution of the petition for writ of mandamus. On August 31, 2023, the real parties in interest filed a motion to dismiss this original proceeding.

After considering the petition and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relators' motion for emergency relief and the real parties' motion to dismiss are denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2020CVA001489D2, styled *Sara Cother, Kenneth Cother, and Jackie Cother, in Their Individual Capacities and as Representatives of the Estate of Tristen Cother, Deceased v. Jose Luis Juarez and HP Carriers, Inc.*, pending in the 111th Judicial District Court, Webb County, Texas, the Honorable Monica Z. Notzon presiding.